1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ELEKTRA ENTERTAINMENT GROUP,
     INC., a Delaware corporation;
12   CAPITOL RECORDS, INC., a
     Delaware corporation; VIRGIN
13   RECORDS AMERICA, INC., a
     California corporation; UMG
14   RECORDINGS, INC., a Delaware
     corporation; MAVERICK RECORDING
15   COMPANY, a California joint
     venture; and ARISTA RECORDS
16   LLC, a Delaware limited
     liability company,
17                                          NO. CIV. S-07-341 LKK/DAD
             Plaintiffs,
18
         v.                                       O R D E R
19
     LITZALLA B. YOAKUM (AKA L.B.
20   YOAKUM),

21           Defendant .

22   _____/

23       The court is in receipt of the plaintiffs' request to

24   continue the status conference in the above captioned case.  Good

25   cause appearing, the court orders as follows:

26       1.   The scheduling conference initially set for May 14, 2007

1    is hereby CONTINUED to August 6, 2007 at 2:30 p.m.

2   IT IS SO ORDERED.

3   DATED: May 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2